Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 772 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. Jason Foster | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|