AUSA Christopher P. Hotaling, (312) 353-5324
AUSA Bethany K. Biesenthal, (312) 886-7629

# UNITED STATES DISTRICT COURT

NORTHERN    DISTRICT OF    ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

**FILED**

UNDER SEAL

v.

DEC 3 2007

**WARRANT FOR ARREST**

JASON FOSTER, aka "Sleepy"

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

**07CR 772**

YOU ARE HEREBY COMMANDED to arrest ___Jason Foster, aka "Sleepy"___    **MAGISTRATE JUDGE COLE**

and bring him or her forthwith to the nearest magistrate to answer a

___Indictment  ___Information  _x_Complaint  ___Order of court  ___Violation Notice  ___Probation Violation Petition

charging him with:

knowingly and intentionally distributing a controlled substance, namely in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance,

in violation of Title __21__ United States Code, Section __841(a)(1)__.

___Jeffrey Cole___
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_____
Signature of Issuing Officer

November 26, 2007 at Chicago, Illinois
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by ___Jeff Cole___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  500 Block of High St, Aurora, IL. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-26-07 | Mark A. Anton, ATF S/A | Mark Anton |
| DATE OF ARREST | | |
| 11-27-07 | | |