FILED
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE COLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 772 |
| | ) | |
| v. | ) | Violations: Title 21, United States |
| | ) | Code, Section 841(a)(1) |
| JASON FOSTER | ) | |

JUDGE KENDALL

## COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about February 21, 2007, at Aurora, in the Northern District of Illinois, Eastern Division,

JASON FOSTER,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, in excess of 5 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about March 14, 2007, at Aurora, in the Northern District of Illinois, Eastern Division,

JASON FOSTER,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY