## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 772 - 1 | **DATE** | 12/18/2007 |
| **CASE TITLE** | USA vs. Jason Foster | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the complaint, affidavit and arrest warrant on 11/27/07 is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|