## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 772 - 1 | **DATE** | 12/26/2007 |
| **CASE TITLE** | USA vs. Jason Foster | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Paul Flynn files appearance on behalf of Jason Foster. Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts of the Indictment. Defendant will remain in custody pending trial or until further order of the Court. Order defendant bound to the District Court for further proceedings. 16.1(a) Conference 1/18/08; Pretrial Motions due by 1/22/08; Response due 2/5/08; Reply due 2/14/08. Status hearing before Judge Kendall is set for 1/18/08 at 1:30 p.m.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|