## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                 Case No.: 1:07−cr−00772
                                               Honorable Virginia M. Kendall

Jason Foster

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Status hearing held and continued to 2/26/2008 at 01:30 PM. Defendant not objecting, time is excluded under 18 USC 3161(h)(1)(F) for filing and review of pretrial motions from 1/18/2008 to 2/26/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.