IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 772 |
| | ) | Judge Virginia M. Kendall |
| JASON FOSTER | ) | |

## NOTICE OF MOTION

TO:   Bethany K. Biesenthal
      Assistant United States Attorney
      219 S. Dearborn Street, Fifth Floor
      Chicago, IL  60604

Please take notice that on the 28th day of February, 2008, at 1:30 p.m., we shall appear before the Honorable Virginia M. Kendall at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom 2319, and shall present the attached motion.

−   AGREED MOTION TO FILE INSTANTER

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By: s/ Paul Flynn
     PAUL FLYNN
     *Attorney for Jason Foster*

PAUL FLYNN
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8343