## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                              Case No.: 1:07−cr−00772

                                                                          Honorable Virginia M. Kendall

Jason Foster

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Virginia M. Kendall :as to Jason Foster, Status hearing held. Government's response to Defendant's objection to the Government's Notice to Seek Enhanced Penalties due 3/19/08. Status hearing set for 4/1/2008 at 1:30 PM. Jury Trial set for 6/16/2008 at 9:15 AM. Defendant not objecting, time is excluded under 18 U.S.C. 3161(h)(1)(F) for filing and review of pretrial motions through and including 4/1/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.