UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 772 |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| JASON FOSTER | ) | |

**NOTICE OF MOTION**

TO:

    Paul Flynn
    Federal Defender Program
    55 E. Monroe, Suite 2800
    Chicago, IL  60603

    **PLEASE TAKE NOTICE** that on Tuesday, March 25, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Kendall in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Room 2319, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **AGREED MOTION FOR EXTENSION OF TIME**, at which time and place you may appear if you see fit.


                                              By:    /s Bethany K. Biesenthal
                                                        BETHANY K. BIESENTHAL
                                                        Assistant United States Attorney
                                                        219 S. Dearborn St.
                                                        Chicago, Illinois  60604
                                                        (312) 886-7629