UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                                              Plaintiff,

v.                                            Case No.: 1:07−cr−00772
                                              Honorable Virginia M. Kendall

Jason Foster
                                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

MINUTE entry before Judge Honorable Virginia M. Kendall: Status hearing held. Motion to withdraw Notice of Penalty Enhancement [24] is granted. Change of Plea hearing set for 4/30/2008 at 1:30 PM. Time is excluded under 18 U.S.C. § 3161(h)(8)(B)(i) in the interest of justice through 4/30/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.