# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 772 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA  vs.  JASON FOSTER | | |

### DOCKET ENTRY TEXT

Change of plea hearing held.  Defendant withdraws plea of not guilty and enters plea of guilty to count 2. Defendant informed of rights.  Court accepts plea and enters judgment of same.  Order cause referred to the Probation Office for a presentence investigation report.  The government is directed to submit its version of the offense to the Probation Office by May 28, 2008.  Any objections to the presentence investigation report and/or motions for departure are to be filed by September 11, 2008.  Response is to be filed by September 18, 2008.  Sentencing is set for September  25, 2008 at 1:30 pm.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | |
|---|---|---|